UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZIAD HASAN ASSABTANI,

    Defendant.
_____/

Hon. Robert J. Jonker

Case No. 1:17-cr-00268

## ORDER

This matter is before the Court on the government's motion for pretrial detention. Defendant has been charged in an indictment with international parental kidnapping, in violation of 18 U.S.C § 1204.

The government sought defendant Ziad Hasan Assabtani's detention on the basis of that he poses a significant risk of flight, 18 U.S.C. § 3142(f)(2)(A). The Court conducted an evidentiary hearing on September 18, 2019, at which defendant was represented by counsel.

Having considered the evidence presented at the hearing, the parties' oral submissions, and the information in the Pretrial Services Report, and for the reasons stated on the record, the Court finds that the government has met its burden of proving by preponderant evidence, that defendant poses a significant risk of flight.

The Court finds, as explained on the record, that there is no condition or combination of conditions that will ensure the appearance of the defendant.

Accordingly, **IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending trial.

**DONE AND ORDERED** on September 19, 2019.

                                                                               /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge